UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SELENE FINANCE LP,

    Plaintiff,

v.                                CASE NO.  8:14-CV-2781-T-17EAJ

TAWNYA SCHIELEIT,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 6     Report and Recommendation

Defendant Tawnya Schieleit sought to remove this case on November 5, 2014 (Dkt. 1).  The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that Defendant Schieleit's Motion to Proceed IFP be denied, and this case be remanded to Hillsborough County Circuit Court pursuant to the Rooker-Feldman doctrine.  A final judgment of foreclosure was entered on February 28, 2013 in Hillsborough County Circuit Court, Case No. 10-CA-013560.

The Court has independently reviewed the pleadings and the record.  No objections to the Report and Recommendation have been filed.   After consideration, the Court adopts and incorporates the Report and Recommendation. The Motion to Proceed IFP will be denied, and this case will be remanded to Hillsborough County Circuit Court.   Accordingly, it is

Case No. 8:14-CV-2781-T-17EAJ

**ORDERED** that the Report and Recommendation (Dkt. 6) is **adopted and incorporated**. Plaintiff's Motion to Proceed IFP is **denied**, and this case is **remanded** to Hillsborough County Circuit Court, Case No. 8:10-CA-013560. Upon remand, the Clerk of Court shall close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 29th day of January, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record